JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
CHARLES MOSS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES MOSS,<br><br>    Defendant. | Case No. CR 13-00790 PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO PERMIT TAKING OF PLEA**<br>**IN MAGISTRATE COURT** |

    IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Charles Moss, that Magistrate Judge Ryu make accept the matter and take Mr. Moss's open plea to the Indictment in the above-noted case. The reason for this stipulation is the scheduling limitations of the parties and the Court. Mr. Moss wishes to change his plea at the earliest convenience of the parties. Accordingly, Mr. Moss consents to the matter being added to Magistrate Judge Ryu's calendar on May 8, 2014 at 9:30 a.m. for the purpose of him entering a guilty plea. A sentencing hearing shall be scheduled before the Hon. Phyllis Hamilton in accordance with the Court's calendar.

    **IT IS SO STIPULATED**

Case No. CR 13-0790-PJH

DATED: April 30, 2014

By: _____/s/_____
Julia Mezhinsky Jayne
Counsel for Charles Moss

DATED: April 30, 2014

UNITED STATES ATTORNEY'S OFFICE

By: _____/s/_____
ALEXANDRA SUMMER
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# [PROPOSED] ORDER

This Court permits Defendant Charles Moss to change his plea before Magistrate Judge Ryu. For all other purposes, the case shall remain before this Court.

**IT IS SO ORDERED.**

DATED:   May 1, 2014

_____
HON. _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*