Case 4:13-cr-00790-PJH   Document 57   Filed 02/24/22   Page 1 of 2

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA H. JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Facsimile:  (510) 637-3724
    E-Mail: Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 13-CR-00790 PJH |
|---|---|
|     Plaintiff, | ) |
| v. | ) NOTICE OF SUBSTITUTION OF ATTORNEY |
| CHARLES EDWARD MOSS JR., | ) |
|     Defendant. | ) |

    Please take notice that as of February 24, 2022, the Special Assistant United States Attorney whose name, address, telephone number and e-mail address are listed below is assigned to be counsel for the government:

    CYNTHIA H. JOHNSON (CABN 328932)
    Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Facsimile:  (510) 637-3724
    E-Mail: Cynthia.Johnson@usdoj.gov

////

The Clerk is requested to change the docket sheet and other court records to reflect that all orders and communications from the court will in the future be directed to SAUSA Cynthia H. Johnson at the above mailing address, telephone number, facsimile number and e-mail address. Please remove Alexandra Summers from the ECF notification list associated with this case. Special Assistant United States Attorney Cynthia H. Johnson is the attorney of record.

DATED:  February 24, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

          /s/
CYNTHIA H. JOHNSON
Special Assistant United States Attorney